UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASOUD KHAZALI,

Plaintiff,

v.

KING COUNTY COURT OF THE WASHINGTON STATE,

Defendant.

CASE NO. C16-1021JLR

ORDER TRANSFERRING THE CONSIDERATION OF A MOTION TO THE CHIEF JUDGE

This matter was closed on August 25, 2016. (*See* Judgment (Dkt. # 14).) Nevertheless, on July 13, 2017, Plaintiff Masoud Khazali filed a motion, which he titled: "Motion, Time and Space." (*See* Mot. (Dkt. # 15).) In addition, on July 20, 2017, Mr. Khazali filed a separate lawsuit against the undersigned judge. *See Khazali v. Robart*, No. C17-1101RSM (W.D. Wash.). In light of Mr. Khazali's presently pending lawsuit against the undersigned judge, the court TRANSFERS consideration of Mr. Khazali's

"Motion, Time and Space" (Dkt. # 15) to the Honorable Ricardo S. Martinez and DIRECTS the Clerk to send a copy of this order to Chief Judge Martinez.

Dated this 27th day of July, 2017.

JAMES L. ROBART
United States District Judge