UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASOUD KHAZALI,

        Plaintiff,

        v.

KING COUNTY COURT OF
WASHINGTON STATE,

        Defendant.

Case No. C16-1021JLR

ORDER DENYING PLAINTIFF'S
MOTION FILED ON JULY 13, 2017

    This matter comes before the Court on Plaintiff Masoud Khazali's "Motion, Time and Space." Dkt. #15. This Motion was filed on July 13, 2017, nearly a year since the previous filings, the Order and Judgment dismissing this case with prejudice. *See* Docket. This instant Motion was referred to the undersigned judge via Order dated July 27, 2017. Dkt. #17.

    On its face, this Motion does not cite to any rule or law, nor does it clearly state what relief it requests from the Court. *See* Dkt. #15. Mr. Khazali begins by stating, as if by epigraph, "Not allowed into Your Space… To appeal the case…" *Id.* at 1. In the body of his Motion, Mr. Khazali says that he "was not allowed into Your Space to file the motion on time," but does not identify the motion to which he refers. *Id.* at 1. Mr. Khazali states that he was in a coma, "was made not to hold an ID," and apparently could not enter the courthouse at some

ORDER DENYING PLAINTIFF'S MOTION FILED ON JULY 13, 2017- 1

1   time because he lacked identification.  *Id.*  Mr. Khazali, speaking to the Court, states "[y]ou

2   made me be lost in Time."  *Id.*

3           Plaintiff includes the following attachments to his Motion: "The Kidnap Loving State,"

4   which provides a sort of history of slavery in the United States; "The State of the Claim,"

5   which provides some procedural background, "Life: the Live Connection through Space,"

6   which engages in a metaphysical discussion of "invisible energy" and "hidden life in light;"

7   "The Immune Executioner," which discusses injury to the Plaintiff, including Plaintiff "los[ing]

8   his mind," caused by the separation of Plaintiff from his child; "Prevention of Abuse," broadly

9   discussing his case; "Valuing Property over Humanity," which accuses the Court of continuing

10   historic practices of slavery; and "The Masters' Court," which accuses the Honorable James L.

11   Robart, United States District Judge, of supporting terrorism, child abuse, slavery, and gender

12   and racial inequality because of Judge Robart's vague associations with the nation's first

13   president George Washington.  *See id.* at 2-14.

14           The Court is not required to guess, without any reasonable basis, what relief a plaintiff

15   is requesting in a Motion such as this.  If Mr. Khazali is requesting relief from some deadline

16   by stating reasons why he was unable to file a document at an earlier time, the Court finds that

17   he has failed to present sufficient evidence of good cause for granting relief as to *any* prior

18   filing.  Pursuant to this Court's Local Rules, "[a] motion for relief from a deadline should,

19   whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on

20   the motion prior to the deadline."  LCR 7(j).  "Parties should not assume that the motion will be

21   granted and must comply with the existing deadline unless the court orders otherwise."  *Id.*  Mr.

22   Khazali has presented no reasonable basis for interpreting this Motion as requesting any other

23   relief, or under any other rule or law.

ORDER DENYING PLAINTIFF'S MOTION FILED ON JULY 13, 2017- 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion filed on July 13, 2017, is DENIED.  Plaintiff is not granted relief from any deadline.  The Clerk shall send a copy of this Order to Plaintiff at 14324 32ND AVE NE, APT D, SEATTLE, WA 98125.


DATED this 31 day of July, 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FILED ON JULY 13, 2017- 3